Kimberly Kay JAJACK, Plaintiff–Appellant,

v.

UNITED AIRLINES, INCORPORATED, Defendant–Appellee.

No. 00–1874.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 12, 2001.

Kimberly Kay Jajack, pro se. Anita Barondes, Nelson David Cary, Seyfarth Shaw, Washington, DC, for appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kimberly Jajack appeals the district court's order granting United Airlines, Inc.'s motion for summary judgment in this employment discrimination action.

We have reviewed the record, and the transcripts of the relevant hearings in light of Jajack's arguments on appeal, and we find no reversible error. Accordingly, we affirm the order of the district court. *Jajack v. United Airlines, Inc.,* No. CA–99–1566–A (E.D. Va. filed May 30, 2000; entered May 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*